1
2
3
4
5
6
7

8                      IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10  CLYDE DERRICK EDDINGTON,

11          Petitioner,                    No. CIV S-06-2581 MCE EFB P

12      vs.

13  D. ADAMS, Warden, et al.,

14          Respondents.                   ORDER

15  _____/

16      Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C.

17  § 2254. Petitioner seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a).

18      Petitioner challenges a conviction in the Kern County Superior Court. The action arises

19  out of acts or occurrences in Kern County, which is located in the Fresno portion of this court's

20  intra-district venue provisions. For that reasons, this action should have been commenced in the

21  district court in Fresno. Local Rule 3-120(d).

22      Accordingly, it is hereby ordered that:

23      1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

24      2. The Clerk of Court shall assign a new case number;

25  /////

26  /////

1      3. The new case number shall be used on all future filings, and such filings shall filed at:

2         United States District Court
        Eastern District of California
3         2500 Tulare Street
        Fresno, CA  93721

5  Dated:  December 7, 2006.

                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE

2