IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE DERRICK EDDINGTON, | 1:06-cv-01770-DLB (HC) |
| Petitioner, | ORDER DISREGARDING FIRST MOTION TO APPOINT COUNSEL DUE TO NINTH CIRCUIT APPEAL |
| vs. | |
| D. ADAMS, | (DOCUMENT # 29) |
| Respondent. | |
| _____/ | |

      Petitioner is a state prisoner proceeding pro se with a habeas corpus action pursuant to 28 U.S.C. § 2254. On April 18, 2008 , petitioner filed a motion for appointment of counsel . Insomuch as petitioner's case was dismissed by this court on February 11, 2008, and petitioner filed an appeal to the Court of Appeals for the Ninth Circuit on March 3, 2008, this motion is more properly brought before the Court of Appeals. Accordingly, IT IS HEREBY ORDERED that petitioner's motion for appointment of counsel  is DISREGARDED by this court.

///

///

1  IT IS SO ORDERED.

   **Dated:  April 23, 2008**                    **/s/ Dennis L. Beck**
                                                 UNITED STATES MAGISTRATE JUDGE